**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of Delaware _____
(State)

Case number (*if known*):_____ Chapter 11 _____

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  KDC Agribusiness LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**   4 7 – 5 6 6 2 2 8 0

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | 1545    US Highway 206 | |
   | Number   Street | Number   Street |
   | Suite 100 | |
   | | P.O. Box |
   | Bedminster    NJ    07921 | |
   | City    State    ZIP Code | City    State    ZIP Code |
   | Somerset | **Location of principal assets, if different from principal place of business** |
   | County | Number   Street |
   | | |
   | | City    State    ZIP Code |

5. **Debtor's website (URL)**   https://dogoodfoods.com

Debtor  KDC Agribusiness LLC
        Name                                                    Case number (if known)

**6.  Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.  Describe debtor's business**

*A. Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .*

4  2  4  5

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor    KDC Agribusiness LLC
          _____    Case number (if known) _____
          Name

9.  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

    If more than 2 cases, attach a separate list.

    ☒ No
    ☐ Yes.  District _____
    When _____  Case number _____
    MM / DD / YYYY

    District _____
    When _____  Case number _____
    MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☐ No
    ☒ Yes.  Debtor  See Schedule 1, attached _____  Relationship _____

    District _____  When  06/16/2023
    MM / DD / YYYY

    Case number, if known _____

11. **Why is the case filed in *this district*?**

    *Check all that apply:*

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
    Number        Street

    _____

    _____  _____
    City                                       State ZIP Code

    **Is the property insured?**

    ☐ No
    ☐ Yes.  Insurance agency _____

    Contact name _____

    Phone _____

---

### Statistical and administrative information

Debtor      KDC Agribusiness LLC_____     Case number *(if known)*_____
            Name

---

| 13. | **Debtor's estimation of available funds** | *Check one:* |
|---|---|---|

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecuredcreditors.

---

**14. Estimated number of creditors**
(on a consolidated basis)

☐ 1-49          ☐ 1,000-5,000       ☐ 25,001-50,000
☐ 50-99         ☐ 5,001-10,000      ☐ 50,001-100,000
☐ 100-199       ☐ 10,001-25,000     ☐ More than 100,000
☒ 200-999

---

**15. Estimated assets**
(on a consolidated basis)

☐ $0-$50,000            ☐ $1,000,001-$10 million        ☐ $500,000,001-$1 billion
☐ $50,001-$100,000      ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000     ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million   ☒ $100,000,001-$500 million     ☐ More than $50 billion

---

**16. Estimated liabilities**
(on a consolidated basis)

☐ $0-$50,000            ☐ $1,000,001-$10 million        ☐ $500,000,001-$1 billion
☐ $50,001-$100,000      ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000     ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million   ☒ $100,000,001-$500 million     ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   06/16/2023
              MM / DD / YYYY

✘  /s/ David Buffa_____          David Buffa_____
   Signature of authorized representative of debtor     Printed name

Title: General Counsel and Corporate Secretary

---

Debtor    KDC Agribusiness LLC_____     Case number (if known)_____
          Name

**18. Signature of attorney**

✖ _/s/ John H. Knight_____     Date    06/16/2023_____
Signature of attorney for debtor                    MM   / DD / YYYY

John H. Knight_____
Printed name

Richards, Layton & Finger, P.A._____
Firm name

920_____North King Street_____
Number      Street

Wilmington_____    DE      19801_____
City                                State    ZIP Code

(302) 651-7700_____    knight@rlf.com_____
Contact phone                        Email address

3848_____    DE_____
Bar number                   State

**SCHEDULE 1**

**Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor**

On the date hereof, each of the entities listed below (including the debtor in this chapter 11 case, collectively, the "**Debtors**") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware. The Debtors have moved for joint administration of their cases with the lead case number assigned to the chapter 11 case of debtor KDC Agribusiness LLC.

1. KDC Agribusiness LLC
2. Do Good Chicken LLC
3. Do Good Foods Facility Management LLC
4. Do Good Foods Fort Wayne LLC
5. Do Good Foods LLC
6. Do Good Foods Managed Services LLC
7. Do Good Foods Selma LLC
8. KDC Agribusiness Fairless Hills LLC

## UNANIMOUS WRITTEN CONSENT OF THE
## BOARD OF MANAGERS OF KDC AGRIBUSINESS LLC

### June 16, 2023

The undersigned, being all of the members of the board of managers (the "**Board**") of KDC Agribusiness LLC, a Delaware limited liability company (the "**Company**"), pursuant to the Delaware Limited Liability Company Act and Section 3.2 of Seventh Amended and Restated Operating Agreement of the Company, dated as of June 30, 2022, as amended, DO HEREBY CONSENT to the adoption of, and DO HEREBY ADOPT, the following resolutions:

WHEREAS, the Company is (i) the sole member and manager of Do Good Foods LLC, a Delaware limited liability company ("**DGF**"), (ii) the sole member and manager of KDC Agribusiness Fairless Hills LLC, a Delaware limited liability company ("**Fairless Hills**"), (iii) the sole and managing member of Do Good Foods Managed Services LLC, a Delaware limited liability company ("**DGF Managed Services**"), (iv) the sole and managing member of Do Good Foods Facility Management LLC ("**DGF Facility Management**"), and (v) the sole manager of Do Good Chicken LLC, a Delaware limited liability company ("**DG Chicken**");

WHEREAS, DGF is the sole member of DG Chicken;

WHEREAS, DGF Facility Management is the sole and managing member of (i) Do Good Foods Fort Wayne LLC, a Delaware limited liability company ("**DGF Fort Wayne**"), and (ii) Do Good Foods Selma LLC, a Delaware limited liability company (together with DGF, Fairless Hills, DGF Managed Services, DGF Facility Management, DG Chicken and DGF Fort Wayne, each a "**Subsidiary**");

WHEREAS, in the judgment of the Board, it is desirable and in the best interests of the Company, each Subsidiary, their respective creditors, and other interested parties that a petition commencing a chapter 11 case (the "**Chapter 11 Case**") be filed by the Company and each Subsidiary seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**");

WHEREAS, in the judgment of the Board, it is desirable and in the best interests of the Company, each Subsidiary, their respective creditors, and other interested parties to, in connection with the Chapter 11 Case, engage the law firm of Richards, Layton & Finger, P.A. ("**RL&F**"), as attorneys for the Company and each Subsidiary in the Chapter 11 Case, subject to any requisite Bankruptcy Court approval;

WHEREAS, in the judgment of the Board, it is desirable and in the best interests of the Company, each Subsidiary, their respective creditors, and other

interested parties to, in connection with the Chapter 11 Case, engage the firm of AlixPartners, LLP ("**AP**"), to provide the Company and each Subsidiary with certain financial restructuring and advisory services, subject to any requisite Bankruptcy Court approval;

WHEREAS, in the judgment of the Board, it is desirable and in the best interests of the Company, each Subsidiary, their respective creditors, and other interested parties to, in connection with the Chapter 11 Case, engage the firm of Jefferies LLC ("**Jefferies**"), as investment banker for the Company and each Subsidiary in the Chapter 11 Case, subject to any requisite Bankruptcy Court approval; and

WHEREAS, in the judgment of the Board, it is desirable and in the best interests of the Company, each Subsidiary, their respective creditors, and other interested parties to, in connection with the Chapter 11 Case, engage the firm of Kurtzman Carson Consultants LLC ("**KCC**"), as claims and noticing agent and administrative advisor for the Company and each Subsidiary in the Chapter 11 Case, subject to any requisite Bankruptcy Court approval; and

WHEREAS, in the judgment of the Board, debtor-in possession-financing ("**DIP Financing**") is required in order to administer the Chapter 11 Case and that entry into that certain *Debtor-in-Possession Loan Agreement* (the "**DIP Facility**") by and among the Company and each Subsidiary, as borrowers or guarantors, as applicable, the administrative agent, and the DIP lenders thereunder, is desirable and in the best interests of the Company, its creditors, and other interested parties.

NOW THEREFORE BE IT RESOLVED, that the Company and each Subsidiary shall be, and hereby is, authorized and directed to: (a) file a voluntary petition (each, a "**Petition**") for relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court and (b) perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect the foregoing; and it be further

RESOLVED, that each officer of the Company (each individually, an "**Authorized Person**" and collectively, the "**Authorized Persons**") shall be, and each of them, acting alone, hereby is, authorized and empowered on behalf of and in the name of the Company, on its own behalf and on behalf of each Subsidiary, to: (a) verify and execute each Petition, as well as all other ancillary documents, and file, or cause to be filed with the Bankruptcy Court, each Petition and make or cause to be made, prior to execution thereof, any modifications to each Petition or ancillary documents as any such Authorized Person, in such person's discretion, deems necessary or desirable to carry out the intent and accomplish the purposes of these resolutions (the approval of which to be conclusively established by the execution thereof by such Authorized Person); (b) verify, execute and file or cause to be filed all petitions, schedules, lists, motions, applications and other papers or documents (including authorization to incur debtor-in-possession

2

indebtedness and to enter into debtor-in-possession loan agreements and related documents) necessary or desirable in connection with the foregoing; and (c) verify and execute or cause to be executed any and all other documents necessary or appropriate in connection therewith in such form or forms as any such Authorized Person may approve (the approval of which to be conclusively established by the execution thereof by or at the direction of such Authorized Person); and it be further

RESOLVED, that the Authorized Persons of the Company shall be, and each of them, acting alone, hereby is, authorized and empowered to retain, on behalf of the Company, on its own behalf and on behalf of each Subsidiary: (a) RL&F, as attorneys for the Company and each Subsidiary; (b) AP, to provide the Company and each Subsidiary with certain financial restructuring and advisory services; (c) Jefferies, as investment banker for the Company; (d) KCC, as claims and noticing agent and administrative advisor for the Company and each Subsidiary; and (e) such additional professionals, including attorneys, accountants, consultants or brokers, in each case as in such person's or persons' judgment may be necessary or desirable in connection with the Chapter 11 Case and other related matters, on such terms as such person or persons shall approve; and it be further

RESOLVED, that the Company, on its own behalf and on behalf of each Subsidiary, as applicable, shall be, and hereby is, authorized to: (a) enter into and perform its obligations under, the DIP Facility and take all actions necessary and appropriate to obtain DIP Financing according to the terms negotiated by such Authorized Person, including under one or more loan agreements, and to effectuate the foregoing, to enter into such loan agreements, documents, notes, guaranties, security agreements, mortgages, pledge agreements and all other documents, agreements or instruments related thereto (collectively, the "**Financing Transactions**") as may be deemed necessary or appropriate by such Authorized Person (such approval to be conclusively evidenced by the execution thereof or taking of such action by such Authorized Person); and (b) pay related fees and grant security interests in and liens upon, some, all or substantially all of the Company's and each Subsidiary's assets, as may be deemed necessary by any one or more of the Authorized Persons in connection with such Financing Transactions; and it be further

RESOLVED, that the form, terms and provisions of the DIP Facility and all transactions contemplated thereby are hereby approved and authorized in all respects; and it be further

RESOLVED, that the Company, on its own behalf and on behalf of each Subsidiary, as applicable, shall be, and hereby is, authorized to (i) file a motion with the Bankruptcy Court seeking approval of bidding procedures to be used to facilitate the sale of all or substantially all of the Company's or any Subsidiary's assets, through one or more sales, pursuant to Section 363 of the Bankruptcy Code (the "**Potential Sale Transactions**") and (ii) conduct a marketing process to

identify possible purchasers for the Potential Sale Transactions under the supervision of the Bankruptcy Court; and it be further

RESOLVED that any of the Authorized Persons and any employees or agents (including counsel) designated by or directed by such person, be, and each hereby is, authorized and empowered to cause the Company, on its own behalf and on behalf of each Subsidiary, and such of its affiliates as management deems appropriate to enter into, execute, deliver, certify, file, record, and perform under such documents, and to take such other actions, as in the judgment of such person shall be or become necessary, proper, and desirable to prosecute to a successful completion of the Chapter 11 Case, to effectuate the restructuring of the Company's and each Subsidiary's debt, other obligations, organizational form and structure, and ownership of the Company and each Subsidiary consistent with the foregoing resolutions, and to carry out and put into effect the purposes of the foregoing resolutions, and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions; and it be further

RESOLVED, that in addition to the specific authorizations heretofore conferred upon the Authorized Persons, each of the Authorized Persons or their designees shall be, and each of them, acting alone, hereby is, authorized, directed and empowered, in the name of and on behalf of the Company, on its own behalf and on behalf of each Subsidiary, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments and other documents and to pay all expenses, including filing fees, in each case as in such Authorized Person's or Authorized Persons' judgment shall be necessary or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and it be further

RESOLVED, that any and all acts taken and any and all certificates, instruments, agreements or other documents executed for or on behalf of the Company, on its own behalf and on behalf of each Subsidiary, by any Authorized Person prior to the adoption of the foregoing resolutions with regard to any of the transactions, actions, certificates, instruments, agreements or other documents authorized or approved by the foregoing resolutions be, and they hereby are, ratified, confirmed, adopted and approved.

This Unanimous Written Consent may be executed in one or more counterparts.


[Signature page follows]


4

IN WITNESS WHEREOF, each of the undersigned has executed this Unanimous Written Consent on the applicable date set forth below.

Morey Goldberg (Jun 15, 2023 21:55 EDT)
_____

Name:
Title:  Class B-1 Manager
Date: Jun 15, 2023

Harold N Kamine (Jun 15, 2023 22:06 EDT)
_____

Name:
Title:  Founder Group Manager
Date:  Jun 15, 2023

Justin Kamine (Jun 16, 2023 09:26 EDT)
_____

Name:
Title:  Founder Group Manager
Date:  6/16/23

Matthew Kamine
_____

Name:
Title:  Founder Group Manager
Date: 6/15/2023

Barry Starkman (Jun 15, 2023 20:59 CDT)
_____

Name:
Title:  Board Appointed Manager
Date: 06/15/2023

Andrew Schultz (Jun 15, 2023 22:24 EDT)
_____

Name:
Title:  Independent Manager
Date: 06/15/23

[Signature page to Unanimous Written Consent of the Board of Managers of KDC Agribusiness LLC]

**Fill in this information to identify the case:**

Debtor name: KDC Agribusiness LLC

United States Bankruptcy Court for the: District of Delaware
(State)

Case number (*If known*):

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

*Consolidated List for all Debtors

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | California Safe Soil 4700 Lang Avenue McClellan, CA 95652 | Attn.: Dan Morash Phone: (916) 539-5458 Email: dan.morash@calsafesoil.com | Litigation | Contingent, Unliquidated and Disputed | | | Contingent, Unliquidated and Disputed |
| 2 | Foley & Lardner Washington Harbour Washington, DC 20007-5109 | Attn.: Paul Monsees Phone: (202) 672-5342 Email: pmonsees@foley.com | Professional Services | | | | $ 5,340,403 |
| 3 | Torcon Inc 328 Newman Springs Road Red Bank, NJ 07701 | Attn.: Steven Franco Phone: (732) 704-9800 x219 Email: sfranco@torcon.com | Trade Debt | | | | $ 3,196,523 |
| 4 | Piper Sandler 1144 15th St Denver, CO 80202 | Attn.: Matthew Rademacher Email: Matthew.Rademacher@psc.com | Professional Services | | | | $ 2,057,459 |
| 5 | Amentum Commercial Operations, Inc. 20501 Seneca Meadows Pkwy #300 Germantown, MD 20876 | Attn.: Thomas Lumen Phone: (321) 693-4000 Email: thomas.luman@amentum.com | Trade Debt | | | | $ 1,921,705 |
| 6 | J.B. Hunt Transport, Inc PO Box 98545 Chicago, IL 60693-8545 | Attn.: Graham Smith / Rodrick Reynolds Phone: (484) 379-7268 Email: rodrick.o.reynolds@jbhunt.com | Trade Debt | | | | $ 1,712,487 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7 | Allen Harim Foods LLC 29984 Pinnacle Way Millsboro, DE 19966 | Attn.: Brian Hildreth Phone: (302) 628-6082 Email: brian.hildreth@allenharimllc.com | Trade Debt | | | | $ 614,321 |
| 8 | KPMG PO Box 120511, Dep 0511 Dallas, TX 75312 | Attn.: Robert Chase Phone: (401) 228-2238 Email: rchase@kpmg.com | Professional Services | | | | $ 261,135 |
| 9 | Idaho Steel Products, Inc. 255 E. Anderson Street Idaho Falls, ID 83401 | Attn.: Shanna Huskinson Phone: 208-522-1275 Email: shanna@idahosteel.com | Trade Debt | | | | $ 225,506 |
| 10 | Holland and Knight LLP PO Box 936937 Atlanta, GA 31193 | Attn.: Jennifer C. Whalen-Dennis Phone: (813) 901-4180 Email account.services@hklaw.com | Professional Services | | | | $ 148,284 |
| 11 | Faegre Drinker & Reath LLP 600 E. 96th Street, Suite 600 Indianapolis, IN 46240 | Attn.: David Sifford Email: RemittanceAdvice@faegredrinker.com | Professional Services | | | | $ 119,636 |
| 12 | Tank Holding Corp/Bonar Plastics 6940 O Street, Suite 100 Lincoln, NE 68510 | Attn.: R Darnill Phone: (402) 467-5221 Email: accounts_receivable@snydernet.com | Trade Debt | | | | $ 79,360 |
| 13 | Waste Management PO BOX 4648 Carol Stream, IL 60197-4648 | Phone: (800) 642-8850 Email: RMCbankruptcy@wm.com | Utilities | | | | $ 76,287 |
| 14 | RSM 5155 Paysphere Circle Chicago, IL 60674 | Phone: (415) 848-5300 Email: remittanceadvice@rsmus.com | Trade Debt | | | | $ 75,261 |
| 15 | Chesapeake Environmental Services LLC 29631 Foskey Lane Delmar, MD 21875 | Attn.: Amy Butler, Office Manager Phone: (410) 742-2718 Email: amy@cesvac.com | Trade Debt | | | | $ 72,619 |
| 16 | Miller Environmental Group Inc. 538 Edwards Avenue Calverton, NY 11933 | Phone: 877-253-5902 Email: AR@millerenv.com | Trade Debt | | | | $70,092 |
| 17 | 360 Public Relations 200 State St S6 Boston, MA 02109 | Attn.: Josiana de Carvalho Phone: (617) 585-5770 Email: JdeCarvalho@360pr.plus | Trade Debt | | | | $69,331 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 18 | Ample LLC 8 East 4th Street 2nd Floor Cincinnati, OH 45202 | Attn.: Becky Blank, CEO Phone: (513) 315-8138 Email: invoices@helloample.com | Trade Debt | | | | $ 49,012 |
| 19 | Ameriblasts LLC 1010-1014 Branagan Drive Tullytown, PA 19007 | Attn.: Joe Wagner Phone: (215) 946-3762 Email: joe@ameriblasts.com | Trade Debt | | | | $ 46,300 |
| 20 | Fortnight Collective 1727 15th Street, Suite 200 Boulder, CO 80302 | Attn.: Jen Jaffe Email: jen.jaffe@fortnightcollective.com | Trade Debt | | | | $ 45,000 |

---

**Fill in this information to identify the case:**

Debtor name: <u>KDC Agribusiness LLC</u>

United States Bankruptcy Court for the: District of <u>Delaware</u>

(State)

Case number (*If known*): _____

---

## Official Form 202

### Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING – Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐     Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☐     Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐     Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐     Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐     Schedule H: Codebtors (Official Form 206H)

☐     Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐     Amended Schedule _____

✓     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☐     Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>06/16/2023</u>          ✗   <u>/s/ David Buffa</u>
         MM / DD / YYYY                        Signature of individual signing on behalf of debtor

                                              <u>David Buffa</u>
                                              Printed name

                                              <u>General Counsel and Corporate Secretary</u>
                                              Position or relationship to debtor

---

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| KDC AGRIBUSINESS LLC, *et al.,* | ) | Case No. 23-_____ (____) |
| | ) | |
| Debtors.[1] | ) | (Joint Administration Requested) |
| | ) | |
| | ) | |

**CONSOLIDATED STATEMENT OF CORPORATE OWNERSHIP**

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, KDC Agribusiness LLC ("**KDC Ag**") and its affiliated debtors and debtors in possession (the "**Debtors**") respectfully represents as follows:

- No person or entity holds 10% or more of the equity interests in KDC Ag

- KDC Ag owns 100% of the equity interests in each of the following Debtors:

  o KDC Agribusiness Fairless Hills LLC

  o Do Good Foods LLC ("**DGF**")

  o Do Good Foods Managed Services LLC

  o Do Good Foods Facility Management LLC ("**Facility Management**")

- Facility Management owns 100% of the equity interests in each of the following Debtors:

  o Do Good Foods Fort Wayne LLC

  o Do Good Foods Selma LLC

- DGF owns 100% of the equity interests in Do Good Chicken LLC

---

[1] The debtors and debtors in possession in these cases and the last four digits of their respective Employer Identification Numbers are: KDC Agribusiness LLC (2280), Do Good Chicken LLC (1523), Do Good Foods Facility Management LLC (3974), Do Good Foods Fort Wayne LLC (6909), Do Good Foods LLC (9976), Do Good Foods Managed Services LLC (4214), Do Good Foods Selma LLC (3776) and KDC Agribusiness Fairless Hills LLC (8680) ("**Fairless Hills**"). The debtors' mailing address, other than Fairless Hills, is 1545 US Highway 206, Suite 100, Bedminster, New Jersey 07921. The mailing address of Fairless Hills is 250 Canal Road, Fairless Hills, Pennsylvania 19030.

**Fill in this information to identify the case:**

Debtor name: KDC Agribusiness LLC

United States Bankruptcy Court for the: District of Delaware

Case number (*If known*): _____          (State)

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING – Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☐    Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐    Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐    Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐    Schedule H: Codebtors (Official Form 206H)

☐    Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐    Amended Schedule _____

☐    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

✓    Other document that requires a declaration **Statement of Corporate Ownership**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/16/2023          ✗    */s/ David Buffa*
    MM / DD / YYYY                  Signature of individual signing on behalf of debtor

                                          David Buffa
                                          Printed name

                                          General Counsel and Corporate Secretary
                                          Position or relationship to debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| KDC AGRIBUSINESS LLC, | ) | Case No. 23-_____ (___) |
| | ) | |
| Debtor. | ) | (Joint Administration Requested) |
| | ) | |
| | ) | |

### LIST OF EQUITY HOLDERS[1]

Pursuant to rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, the following

identifies all holders having a direct ownership interest in the above-captioned debtor and debtor

in possession:

| Name and Last Known Address or Place of Business of Holder | Kind/Class of Interest | Percentage of Interests Held |
|---|---|---|
| Harold N. Kamine<br>*Address on File* | Class A Units | 9.28% |
| Harold Kamine 2010 Trust - Michelle Kamine<br>1545 US Highway 206, Suite 100<br>Bedminster, NJ 07921 | Class A Units | 5.21% |
| Harold Kamine 2010 Trust - Matthew Kamine<br>1545 US Highway 206, Suite 100<br>Bedminster, NJ 07921 | Class A Units | 5.21% |
| Matthew Evan Kamine 2018 Irrevocable Trust<br>1545 US Highway 206, Suite 100<br>Bedminster, NJ 07921 | Class A Units | 9.92% |
| Harold Kamine 2010 Trust - Justin Kamine<br>1545 US Highway 206, Suite 100<br>Bedminster, NJ 07921 | Class A Units | 5.21% |
| Justin Bradford Kamine 2018 Irrevocable Trust<br>1545 US Highway 206, Suite 100 | Class A Units | 9.92% |

---

[1] This list serves as the disclosure required to be made by the debtor pursuant to rule 1007 of the Federal Rules of Bankruptcy Procedure.  All equity positions listed are as of the date of commencement of the chapter 11 case.

| | | |
|---|---|---|
| Bedminster, NJ 07921 | | |
| Ellen Holtgers<br>*Address on File* | Class B-1 Units | 0.82% |
| Ellen Holtgers Revocable Trust<br>4455 Military Trail Suite 201<br>Jupiter, FL 33458 | Class B-1 Units | 6.46% |
| Holtgers Wellington Properties, LLC<br>4455 Military Trail Suite 201<br>Jupiter, FL 33458 | Class B-1 Units | 3.39% |
| James Aresty Revocable Trust<br>400 Beach Drive, NE Unit 2605<br>St. Petersburg, FL 33701 | Class B-1 Units | 2.26% |
| James Aresty Irrevocable Trust dated<br>11/10/2008<br>400 Beach Drive, NE Unit 2605<br>St. Petersburg, FL 33701 | Class B-1 Units | 4.57% |
| Sana Zen Capital LLC<br>308 E. Lancaster Ave., Ste.301<br>Wynnewood, PA 19096 | Class B-1 Units | 0.52% |
| Morey Goldberg<br>*Address on File* | Class B-1 Units | 1.00% |
| Alex Urqhart<br>*Address on File* | Class B-2 Units | 3.97% |
| Stewart Family Investments LLC<br>202 Sebastian Alley<br>Newtown, PA 18940 | Class B-2 Units | 6.52% |
| Lindsay and Mark Harms<br>*Address on File* | Class B-2 Units | 0.69% |
| Shukri Shammas<br>*Address on File* | Class B-2 Units | 0.82% |
| Tareq Naqib<br>*Address on File* | Class B-2 Units | 0.34% |
| Marc Noel<br>*Address on File* | Class B-2 Units | 0.46% |
| Geoffrey Fink<br>*Address on File* | Class B-2 Units | 0.59% |
| Hatzimemos Partners<br>30 Rockefeller Plaza, Suite 5440<br>New York, NY 10112 | Class B-2 Units | 0.62% |
| Howard Buffett<br>*Address on File* | Class B-2 Units | 0.62% |
| Chris Erickson<br>*Address on File* | Class B-2 Units | 0.62% |

| | | |
|---|---|---|
| Ann Veneman<br>*Address on File* | Class B-2 Units | 0.62% |
| Capp Culver<br>*Address on File* | Class B-2 Units | 0.62% |
| Matthew Jansen<br>*Address on File* | Class B-2 Units | 0.62% |
| Barry Starkman<br>*Address on File* | Class B-2 Units | 2.86% |
| Barry Starkman<br>*Address on File* | Class B-2 Units | 1.32% |
| Andrew D'Amico<br>*Address on File* | Class B-2 Units | 0.88% |
| Christopher Sawitsky<br>*Address on File* | Class B-2 Units | 0.88% |
| Joseph Nimphius<br>*Address on File* | Class B-2 Units | 0.88% |
| John Miller<br>*Address on File* | Class B-2 Units | 0.44% |
| James C. Gagnier<br>*Address on File* | Class B-2 Units | 0.21% |
| Andrew Baptiste<br>*Address on File* | Class B-2 Units | 0.15% |
| Nikolas Baptiste<br>*Address on File* | Class B-2 Units | 0.06% |
| Sheridan Budin<br>*Address on File* | Class C Units | 0.80% |
| Zahir Ibrahim<br>*Address on File* | Class C Units | 0.76% |
| Sam Kass<br>*Address on File* | Class C Units | 3.83% |
| Tom Colicchio<br>*Address on File* | Class C Units | 0.50% |
| Catherine Greener<br>*Address on File* | Class C Units | 0.01% |
| Andy D'Amico<br>*Address on File* | Class C Units | 0.80% |
| Chris Sawitksy<br>*Address on File* | Class C Units | 0.80% |

| | | |
|---|---|---|
| Joe Nimphius<br>*Address on File* | Class C Units | 0.80% |
| Thomas McQuillan<br>*Address on File* | Class C Units | 0.25% |
| David Buffa<br>*Address on File* | Class C Units | 0.25% |
| Kevin Erickson<br>*Address on File* | Class C Units | 0.25% |
| Patrick Carroll<br>*Address on File* | Class D Units | 0.10% |
| Melissa Sungela<br>*Address on File* | Class D Units | 0.10% |
| Greg Caton<br>*Address on File* | Class D Units | 0.10% |
| Kai Cheung<br>*Address on File* | Class D Units | 0.10% |
| Catherine Greener<br>*Address on File* | Class D Units | 0.09% |
| Kevin Hueber<br>*Address on File* | Class D Units | 0.05% |
| Sean Starkman<br>*Address on File* | Class D Units | 0.05% |
| Judy Hall<br>*Address on File* | Class D Units | 0.01% |
| Nicole Leafstedt<br>*Address on File* | Class D Units | 0.01% |
| Morey Goldberg<br>*Address on File* | Class F Units | 0.03% |
| James Aresty 2011 Dynasty Irrevocable Trust<br>400 Beach Drive, NE Unit 2605<br>St. Petersburg, FL 33701 | Class F Units | 0.33% |
| Ellen Holtgers Revocable Trust<br>4455 Military Trail Suite 201<br>Jupiter, FL 33458 | Class F Units | 0.33% |
| DGF Investor LLC<br>1001 Conshohocken State Road, Suite 1-407<br>West Conshohocken, PA 19428 | Class F Units | 0.33% |
| Kustel 2018 Irrevocable Trust<br>308 E. Lancaster Ave., Ste.301<br>Wynnewood, PA 19096 | Class F Units | 0.13% |

| | | |
|---|---|---|
| Sana Zen Capital LLC<br>308 E. Lancaster Ave., Ste.301<br>Wynnewood, PA 19096 | Class F Units | 0.05% |
| 2021 Irrevocable Deed of Trust of<br>Benjamin I. Cohen<br>1350 Fenimore Lane<br>Gladwyne, PA 19035 | Class F Units | 0.03% |
| GJH Family LLC<br>290 Brookway Road<br>Merion, PA 19066 | Class F Units | 0.03% |
| Ross Born<br>*Address on File* | Class F Units | 0.03% |
| The 2020 Born Family Trust<br>308 E. Lancaster Ave., Ste.301<br>Wynnewood, PA 19096 | Class F Units | 0.03% |
| Stephen Mickelberg Revocable Trust<br>45 East City Avenue, #362<br>Bala Cynwyd, PA 19004-2421 | Class F Units | 0.05% |
| Raymond Levin<br>*Address on File* | Class F Units | 0.03% |
| Stephen E Solms Family Trust<br>1520 Spruce Street, Ste 101<br>Philadelphia, PA 19102 | Class F Units | 0.03% |
| Jonathan Kukin<br>*Address on File* | Class F Units | 0.03% |
| Paula Solomon 2012 Irrevocable Trust<br>308 E. Lancaster Ave., Ste.301<br>Wynnewood, PA 19096 | Class F Units | 0.03% |
| Tim Pasch<br>*Address on File* | Class F Units | 0.07% |
| Paul Monsees<br>*Address on File* | Class F Units | 0.01% |
| Joyce Benda Trust<br>64 Howland Road<br>Middletown, NJ 07748 | Class F Units | 0.00% |
| Sofia II Holdings LLC<br>422 Morris Ave.<br>Summit, NJ 07901 | Class F Units | 0.01% |
| PJC-DV II LLC<br>15 Humboldt Ave<br>Providence, RI 02906 | Class F Units | 0.03% |
| Tom Colicchio<br>*Address on File* | Class F Units | 0.01% |
| Patrick Carroll<br>*Address on File* | Class F Units | 0.00% |

| | | |
|---|---|---|
| Kevin Hueber<br>*Address on File* | Class F Units | 0.00% |
| Kai Cheung<br>*Address on File* | Class F Units | 0.00% |
| Global Impact LLC<br>3157 Farname Street Suite 7715<br>Omaha, NE 68131 | Class F Units | 0.00% |
| Marc Noel<br>*Address on File* | Class F Units | 0.03% |
| Geoffrey Fink<br>*Address on File* | Class F Units | 0.03% |
| Shukri Shammas<br>*Address on File* | Class F Units | 0.03% |
| Tareq Naqib<br>*Address on File* | Class F Units | 0.01% |
| Lindsay and Mark Harms<br>*Address on File* | Class F Units | 0.01% |
| Matthew Jansen<br>*Address on File* | Class F Units | 0.02% |
| James C. Gagnier<br>*Address on File* | Class F Units | 0.01% |
| PLA Investments LLC<br>69 Parsonage Ln<br>Topsfield, MA 01983 | Class F Units | 0.02% |
| Stewart Family Investments LLC<br>202 Sebastian Alley<br>Newtown, PA 18940 | Class F Units | 0.00% |
| CityRock Venture Partners<br>30 Rockefeller Plaza, Suite 5440<br>New York, NY 10112 | Class F Units | 0.01% |

**Fill in this information to identify the case:**

Debtor name: <u>KDC Agribusiness LLC</u>

United States Bankruptcy Court for the:  District of <u>Delaware</u>

(State)

Case number (*If known*): _____

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING – Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐ Schedule H: Codebtors (Official Form 206H)

☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐ Amended Schedule _____

☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

✓ Other document that requires a declaration **List of Equity Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>06/16/2023</u>
MM / DD / YYYY

X  <u>/s/ David Buffa</u>
Signature of individual signing on behalf of debtor

<u>David Buffa</u>
Printed name

<u>General Counsel and Corporate Secretary</u>
Position or relationship to debtor